IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | No. 10 CR 654 |
| ) | |
| v. ) | Honorable William J. Hibbler |
| ) | |
| ANDREW MODJEWSKI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM OPINION AND ORDER

The Court having considered all briefs of the parties on the pending Motion to Dismiss

hereby DENIES that motion for the following reasons:

The defendant is charged with knowingly possessing and transporting child pornography in

interstate commerce. In his motion to dismiss the defendant makes note of sentencing differences

between the State of Illinois sentencing for possession of child pornography and the sentences

imposed in Federal Court. Assuming that such differences exist would not be a basis for this Court

to grant defendant's motion to dismiss.

The defense does not suggest that the indictment in this case was improperly returned or

lacks evidentiary support. All arguments related to sentencing are premature, in that, the defendant

not only has not yet been sentenced but has not even been convicted of any offense

The Court can find no legal authority and no factual basis to grant this motion and therefore

it is hereby DENIED.


IT IS SO ORDERED.

$\underline{6/10/11}$

Dated

$\underline{\hspace{2cm}Wm. J. Hibbler\hspace{2cm}}$

Hon. William J. Hibbler
U.S. District Court